USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SHONNIECE HOLLAND,

          Plaintiff,

    - against -

UNITED STATES OF AMERICA, UNITED
STATES POSTAL SERVICE, BRITTANY
WILSON, and DANIELLE BLAKNEY,

          Defendants.
------------------------------------X

**O R D E R**

15 Civ. 3273 (NRB)

    It having been reported to this Court that this case has settled, it is hereby

    **ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:    New York, New York
           April 14, 2017

                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE